## 20669. COATS *v.* THE STATE.

DUCKWORTH, Chief Justice. This is a murder case, in which the jury returned a verdict of guilty with a recommendation of mercy. The exception is to the denial of the defendant's amended motion for new trial after a hearing in DeKalb

564

Superior Court, where he was indicted and convicted. *Held:*
The record consists of 273 pages of what purports to be a brief
of the evidence. Apparently it is the exact transcript of the
evidence submitted at the trial, of which approximately 40
pages contain irrelevant matter such as various objections,
motions and arguments of counsel, colloquies between counsel
and the court, objections by witnesses to questions propounded
to them, the reading of law by the court during colloquies,
evidence which was excluded by the court, and the instruction
by the court to the defendant as to his right to make an un-
sworn statement, much of which comprise entire pages of
the so-called "brief." In addition, much of the transcript is
immaterial to the contentions contained in the motion. It is
thus quite evident that no bona fide attempt has been made
to brief the evidence in any manner, and this court has re-
peatedly held that it will not consider assignments of error
in which reference must be made to such a purported brief
of the evidence. Code (Ann.) § 70-305 (Ga. L. 1953, Nov.
Sess., pp. 440, 446); *Robinson v. State,* 209 *Ga.* 650 (75 S.
E. 2d 9); *Keith v. State,* 213 *Ga.* 743 (101 S. E. 2d 705);
*Evans v. Anderson,* 214 *Ga.* 828 (108 S. E. 2d 268); *McTyre
v. King,* 215 *Ga.* 417 (110 S. E. 2d 651). Since all of the
general and special grounds require reference to the brief of
evidence in reviewing the court's final order denying the
amended motion for new trial, there is nothing left for review.
It follows that the court did not err in refusing a new trial.
*Judgment affirmed. All the Justices concur.*

ARGUED OCTOBER 14, 1959—DECIDED NOVEMBER 4, 1959—
REHEARING DENIED NOVEMBER 19, 1959.

*James R. Venable, Essley Burdine,* for plaintiff in error.
*Richard Bell, Solicitor-General, T. Emory Daniel, Jr., Assist-
ant Solicitor-General, Eugene Cook, Attorney-General, Rubye
G. Jackson, Deputy Assistant Attorney-General,* contra.